UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS ANTHONY GEORGE,<br><br>             Plaintiff(s),<br><br>  vs.<br><br>RAYMOND MADDEN,<br><br>             Defendant(s). | Case No. 5:16-cv-01016-RGK-AJW<br><br>ORDER RE PETITION FOR WRIT OF HABEAS CORPUS |

     Petitioner seeks a writ of habeas corpus on the ground of ineffective assistance of counsel. Upon review of the parties' arguments, the Court DENIES the Petition for the following reasons: (1) the facts and evidence indicate that Petitioner made the decision to go to trial on his own volition; (2) Petitioner has failed to provide evidence showing that Attorney Davitt's advice was ungrounded or otherwise unreasonable; (3) Petitioner has failed to show that Attorney Davitt provided false, misleading, or otherwise inaccurate information to him. While in hindsight, Attorney Davitt's advice led to a negative outcome for Petitioner, this alone does not constitute adequate grounds for prevailing on a claim for ineffective assistance of counsel.

Dated: February 8, 2018

                                                                     R. GARY KLAUSNER<br>
                                                                     UNITED STATES DISTRICT JUDGE