JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHRIS ANTHONY GEORGE,               )     Case No. 5:16-cv-01016-RGK-AJW
                                    )
                Plaintiff(s),       )
                                    )     JUDGMENT
        vs.                         )
                                    )
RAYMOND MADDEN,                     )
                                    )
                Defendant(s).       )
                                    )
_____      )

        Pursuant to the Order Re Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the
Petition is denied and dismissed with prejudice.


Dated: February 8, 2018                    _____
                                           R. GARY KLAUSNER
                                           UNITED STATES DISTRICT JUDGE